1   GEOFFREY A. HANSEN
    Acting Federal Public Defender
2   VARELL L. FULLER
    Assistant Federal Public Defender
3   160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
4   Telephone:  (408) 291-7753

5   Counsel for Defendant HUMES

6

7               IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                     SAN JOSE DIVISION

10

11  UNITED STATES OF AMERICA,          )   No.  CR 11-00245 LHK
                                       )
12                      Plaintiff,     )   STIPULATION AND [PROPOSED]
                                       )   ORDER CONTINUING HEARING TO
13  vs.                                )   SEPTEMBER 5, 2012, AND EXCLUDING
                                       )   TIME UNDER THE SPEEDY TRIAL ACT
14  FRANCES HUMES,                     )
                                       )
15                      Defendant.     )
    _____)

16

17

18                        **STIPULATION**

19          The parties, Frances Humes, and the government, acting through their respective counsel,

20  hereby stipulate, subject to the Court's approval, that the status date currently set for August 8,

21  2012, be vacated and continued to September 5, 2012, at 9:00 a.m for further status.

22          Mr. Humes is presently in custody serving a State sentence at Santa Clara County Main

23  Jail, and is before the Court pursuant to a *writ ad prosequendum*.  The parties anticipate this

24  matter will resolve by way of a negotiated plea.  However, the parties request requests a further

25  continuance to permit defense counsel additional time to review the discovery provided and to

26  effectively prepare, and to allow the parties to arrange a meet and confer to discuss issues

1    relevant to the terms of the aforementioned negotiated disposition.  The parties therefore

2    respectfully requests and agree to a further continuance and exclusion of time based on defense

3    counsels' need to effectively prepare.

4         Accordingly, the parties agree and stipulate that time should be excluded from August 8,

5    2012, through and including September 5, 2012, under the Speedy Trial Act, 18 U.S.C. §

6    3161(h)(7)(A) and (B)(iv), for effective preparation.  The parties agree that granting the

7    requested exclusion of time will serve the interest of justice and the ends of justice outweigh the

8    interest of the public and the defendant in a speedy trial.

9         IT IS SO STIPULATED.

10
     Dated:  August 7, 2012            _____/s/_____
11                                     VARELL L. FULLER
                                       Assistant Federal Public Defender
12
     Dated:  August 7, 2012            _____/s/_____
13                                     JEFFREY B. SCHENK
                                       Assistant United States Attorney
14

15

16                           [Proposed] ORDER

17        GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY

18   ORDERED that the status hearing currently set for August 8, 2012, shall be continued to

19   September 5, 2012, at 9:00 a.m, for further status.

20        THE COURT FINDS that failing to exclude the time between August 8, 2012, and

21   September 5, 2012, would unreasonably deny defense counsel the reasonable time necessary for

22   effective preparation, taking into account the exercise of due diligence.  See 18 U.S.C. §

23   3161(h)(7)(B)(iv).

24        THE COURT FURTHER FINDS that the ends of justice served by excluding the time

25   between August 8, 2012, and September 5, 2012, from computation under the Speedy Trial Act

26   outweigh the interests of the public and the defendant in a speedy trial.

1    THEREFORE, IT IS HEREBY ORDERED that the time between August 8, 2012, and

2    September 5, 2012, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. §

3    3161(h)(7)(A), and (B)(iv). .

4    IT IS SO ORDERED.

5

6    Dated:    8/7/12

7                                    THE HONORABLE LUCY H. KOH
                                     United States District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26