1 | GEOFFREY A. HANSEN
Acting Federal Public Defender
2 | VARELL L. FULLER
Assistant Federal Public Defender
3 | 160 West Santa Clara Street, Suite 575
San Jose, CA  95113
4 | Telephone:  (408) 291-7753

Counsel for Defendant HUMES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 11-00245 LHK |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING TO NOVEMBER 14, 2012, AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| vs. | ) | |
| FRANCES HUMES, | ) | |
| Defendant. | ) | |

## STIPULATION

The parties, Frances Humes, and the government, acting through their respective counsel, hereby stipulate, subject to the Court's approval, that the status date currently set for October 10, 2012, be vacated and continued to November 14, 2012, at 9:00 a.m for further status.

Mr. Humes is presently in custody serving a State of California term of imprisonment, and is before the Court pursuant to a *writ ad prosequendum*. The parties expect that this matter will resolve and are presently negotiating the terms of a negotiated disposition and the scheduling of a possible meet and confer of the parties to facilitate a resolution. However, the parties respectfully request additional time to conclude their discussions and to permit both counsel additional time to effectively prepare.  The parties therefore respectfully requests and

agree to a further continuance and exclusion of time based on both counsels need to effectively prepare.

Accordingly, the parties agree and stipulate that time should be excluded from September 5, 2012, through and including November 14, 2012, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective preparation. The parties agree that granting the requested exclusion of time will serve the interest of justice and the ends of justice outweigh the interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated: October 4, 2012 _____/s/_____
VARELL L. FULLER
Assistant Federal Public Defender

Dated: October 4, 2012 _____/s/_____
JEFFREY B. SCHENK
Assistant United States Attorney

//
//
//

## [Proposed] ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the status hearing currently set for October 10, 2012, shall be continued to November 14, 2012, at 9:00 a.m, for further status.

THE COURT FINDS that failing to exclude the time between October 10, 2012, and November 14, 2012, would unreasonably deny both counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS that the ends of justice served by excluding the time between October 10, 2012, and November 14, 2012, from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

Stipulation and [Proposed] Order Continuing
Hearing, No. CR 11-00245 LHK                                2

THEREFORE, IT IS HEREBY ORDERED that the time between October 10, 2012, and November 14, 2012, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), and (B)(iv). .

IT IS SO ORDERED.

Dated: October 9, 2012

_____
THE HONORABLE LUCY H. KOH
United States District Court Judge