1   STEVEN G. KALAR
    Federal Public Defender
2   ROBERT CARLIN
    Assistant Federal Public Defender
3   160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
4   Telephone:  (408) 291-7753

5   Counsel for FRANCIS HUMES

6

7                    IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                          SAN JOSE DIVISION

10                                        )
     UNITED STATES OF AMERICA,            )
11                                        )
                          Plaintiff,      )    No. CR 11-00245-LHK
12                                        )
     vs.                                  )    [PROPOSED] ORDER ON
13                                        )    STIPULATION TO CONTINUE STATUS
     FRANCIS HUMES,                       )    CONFERENCE
14                                        )
                          Defendant.      )
15   _____)

16

17         1.  Mr. Humes has been charged in a two count indictment with violations of 18 U.S.C.

18   §§ 1704 and 1708.

19         2.  A status conference before this Court is currently scheduled for December 12, 2012, at

20   9:00 a.m.

21         3.  Mr. Humes needs additional time to review the discovery materials with counsel, and

22   also to continue negotiations with the United States regarding a resolution of the matter.

23         4.  There is good cause for the requested continuance, and the "ends of justice" served by

24   taking such action "outweigh the best interest of the public and the defendant in a speedy trial."

25   18 U.S.C. § 3161 (h)(7)(A).  Accordingly, the time from December 12, 2012 to January 9, 2013,

26   is excluded pursuant to section § 3161 (h)(7)(A).

3

1          5.  The status hearing in this matter shall be continued from December 12, 2012 to

2    January 9, 2013, at 9:00 a.m.

3

4          IT IS SO ORDERED.

5

     Dated:  ____12/11/12_____          _____

6                                              HON. LUCY H. KOH
                                               United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26